IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ISMAEL ROSA JR., <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | EP-21-CV-255-DB |
| ESA MANAGEMENT, LLC and <br> THREE WALL CAPITAL, LLC, <br> Defendant. | § <br> § <br> § | |

## FINAL JUDGMENT

On September 22, 2022, this Court entered an order dismissing all claims brought in this case pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 19. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this **23rd** day of **September 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE